UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 10-26997 |
| Donna J. Reinke | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Bruce W. Black |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER TO WITHDRAW UNCLAIMED FUNDS

     IT IS HEREBY ORDERED that the Clerk of the United States Bankruptcy Court is directed to pay $7,773.75 to Chad M. Sedlak, claimant, c/o Dilks & Knopik, LLC, in the above captioned case.

Claimant's last four digits of Social Security number or EIN #: 7866
Dilks & Knopik, LLC's last four digits of EIN #: 9851

Pursuant to the Change of Address previously filed with the Court, the funds should be sent to: Chad M. Sedlak, claimant, c/o Dilks & Knopik, LLC, c/o Dilks & Knopik, LLC
35308 SE Center Street, Snoqualmie, WA 98065

Enter: *[signature]*

Honorable Bruce W. Black
United States Bankruptcy Judge

Dated: September 28, 2016

**Prepared by:**

David R. Herzog
HERZOG & SCHWARTZ, P.C.
77 W. Washington Street, Suite 1400
Chicago, IL 60602
312-977-1600